**John Paul SMITH, Sr., Plaintiff—Appellant,**

v.

**Commonwealth of VIRGINIA; Virginia Department of Corrections; Gene M. Johnson, VDOC Director; Fred Schilling, VDOC Health Services Director; Powhatan Correctional Center; Eddie L. Pearson, Warden; Warden Bailey; Doctor Rodr; Nurse Spigle, Defendants—Appellees.**

No. 08–6235.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 29, 2008.

John Paul Smith, Sr., Appellant Pro Se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Smith, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Virginia,* No. 2:06–cv–00643–RBS–TEM (E.D.Va. Jan. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*